# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DAVE VERNON TEART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-639

_____

September 22, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Dave Vernon Teart, pro se

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

CASANUEVA, Judge.

Dave Vernon Teart appeals the dismissal of his petition for writ of habeas corpus, which challenged his continued imprisonment in the Department of Corrections. We reverse and remand for further proceedings.

Mr. Teart filed a petition for writ of habeas corpus in the Thirteenth Judicial Circuit Court in and for Hillsborough County, where he was convicted and sentenced. The circuit court dismissed the petition on procedural grounds and addressed its merits. However, because Mr. Teart challenged his continued detention and claimed entitlement to immediate release, the court should have transferred the petition to the Third Judicial Circuit Court in and for Suwannee County, where he was detained. *See Vierra v. State*, 980 So. 2d 588, 589 (Fla. 2d DCA 2008) ("[A] habeas petition filed in circuit court alleging entitlement to immediate release 'shall be filed with the clerk of the circuit court of the county in which the prisoner is detained.' " (alteration in original) (quoting *Bush v. State,* 945 So. 2d 1207, 1213 n.11 (Fla. 2006))).

Accordingly, we reverse and remand for the court to transfer the petition for writ of habeas corpus to the Third Judicial Circuit Court in and for Suwannee County or to the circuit court in the county where Mr. Teart is currently incarcerated.

Reversed and remanded.

ATKINSON and SMITH, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.